WOODS *v.* DETROIT CHEFS, COOKS, PASTRY CHEFS
ASSOCIATION, LOCAL NO. 234, A. F. of L.

This case is controlled by *Cohen* v. *Detroit Joint Board Amal-
gamated Clothing Workers of America, ante,* 606.

Appeal from Wayne; Murphy (George B.), J.
Submitted April 11, 1950. (Calendar No. 44,563.)
Decided May 18, 1950.

Bill by Thomas Woods, doing business as Woods'
Drive-In Restaurant, against Detroit Chefs, Cooks,
Pastry Chefs Association, Local No. 234, A. F. of L.
to restrain picketing. Motion for temporary injunc-
tion denied. Plaintiff appeals. Reversed and tem-
porary injunction granted.

*George Bashara,* for plaintiff.

*Fitzgerald, O'Leary, Mayrand, Welch & Brady,*
for defendants.

Dethmers, J. The facts alleged, procedural
status and question presented are like those in
*Cohen* v. *Detroit Joint Board Amalgamated Cloth-
ing Workers of America, ante,* 606, in which opin-
ion was this day filed. Decision here is controlled
by decision there. Hence, a decree may enter in
this Court which shall provide that the temporary
injunction issued by this Court shall remain in full
force and effect pending further order of this Court
and that the cause is remanded to the court below

for trial on its merits. In the event of an unappealed decision in that court adverse to plaintiff, defendant may then apply to this Court for dissolution of said injunction.

Costs of this appeal will abide final outcome of this litigation.

BOYLES, C. J., and REID, NORTH, BUTZEL, CARR, BUSHNELL, and SHARPE, JJ., concurred.